**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

JON-MICHAEL LITTLETON,            )
                                  )
          Plaintiff,              )
                                  )
v.                                )          Case No. CIV-25-1290-J
                                  )
CANADIAN COUNTY, OKLAHOMA, et al., )
                                  )
          Defendants.             )

**<u>ORDER</u>**

This matter was referred for initial proceedings to United States Magistrate Judge Shon T. Erwin consistent with 28 U.S.C. § 636(b)(1)(B),(C).  [Doc. No. 3].  On March 10, 2026, Judge Erwin issued a Report and Recommendation recommending that the Court should:  (1) conclude that Plaintiff has stated a Fourteenth Amendment conditions of confinement claim against only Defendant Burton based on the allegations set forth in Count One; (2) dismiss Count Two, without prejudice; (3) conclude that Plaintiff has stated a Fourteenth Amendment Due Process claim against Defendants Burton and Wagner based on the allegations set forth in Count Three; (4) conclude that Plaintiff has stated a Fourteenth Amendment conditions of confinement claim against Defendants Burton, Carter, and Wagner based on the allegations set forth in Count Four; (5) conclude that Plaintiff has stated a Fourteenth Amendment claim for deliberate indifference to his serious medical needs against Defendant Wagner based on the allegations in Count Five; (6) dismiss Count Six, without prejudice; (7) conclude that Plaintiff has stated a First Amendment claim only against Defendant Powers based on the allegations set forth in Count Seven; (8) dismiss Counts Eight and Nine, without prejudice; and (9) dismiss Defendants West, Ward, and Canadian County, Oklahoma, without prejudice.  Plaintiff was advised of his right to object to the Report

and Recommendation by March 27, 2026.  On March 11, 2026, Plaintiff filed an objection to the Report and Recommendation.  [Doc. No. 23].

Having reviewed the Report and Recommendation and Plaintiff's objection, noting that any dismissal of Plaintiff's claims and/or defendants is without prejudice, and in light of the Court's request for counsel,[1] the Court ADOPTS the Report and Recommendation [Doc. No. 22]; CONCLUDES that Plaintiff has stated a Fourteenth Amendment conditions of confinement claim against only Defendant Burton based on the allegations set forth in Count One; DISMISSES Count Two, without prejudice; CONCLUDES that Plaintiff has stated a Fourteenth Amendment Due Process claim against Defendants Burton and Wagner based on the allegations set forth in Count Three; CONCLUDES that Plaintiff has stated a Fourteenth Amendment conditions of confinement claim against Defendants Burton, Carter, and Wagner based on the allegations set forth in Count Four; CONCLUDES that Plaintiff has stated a Fourteenth Amendment claim for deliberate indifference to his serious medical needs against Defendant Wagner based on the allegations in Count Five; DISMISSES Count Six, without prejudice; CONCLUDES that Plaintiff has stated a First Amendment claim only against Defendant Powers based on the allegations set forth in Count Seven; (8) DISMISSES Counts Eight and Nine, without prejudice; and DISMISSES Defendants West, Ward, and Canadian County, Oklahoma, without prejudice.

IT IS SO ORDERED this 26th day of March, 2026.

_____
BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE

---

[1] In a separate order entered on this same day, the Court is requesting the Pro Bono Committee of the Federal Bar Association recruit an attorney to represent Plaintiff in this case.